No. 04-00-00252-CR


Lucy Bernal SALINAS,

Appellant 


v.


The STATE of Texas,

Appellee


From the 290th Judicial District Court, Bexar County, Texas

Trial Court No. 2000-CR-0833B

Honorable Sharon S. MacRae, Judge Presiding


Opinion by: Tom Rickhoff, Justice

 

Sitting: Tom Rickhoff, Justice

 Catherine Stone, Justice

 Sarah B. Duncan, Justice


Delivered and Filed: January 3, 2001


AFFIRMED


 Lucy Bernal Salinas pled guilty to theft over $200,000. Pursuant to a plea bargain, the court
sentenced her to ten years confinement.

 Appellant's court-appointed appellate attorney filed a brief containing a professional
evaluation of the record and demonstrating that there are no arguable grounds to be advanced.
Counsel concludes that the appeal is without merit. The brief meets the requirements of Anders v.
California, 386 U.S. 738 (1967). 

 Appellant was informed of her right to review the record. Counsel provided appellant with
a copy of the brief and advised her of her right to file a pro se brief. Appellant has not filed a brief.

 After reviewing the record, we agree that the appeal is frivolous and without merit. The
judgment of the trial court is affirmed. Furthermore, we grant counsel's motion to withdraw.
Nichols v. State, 954 S.W.2d 83, 86 (Tex. App.--San Antonio 1997, no pet.); Bruns v. State, 924
S.W.2d 176, 177 n.1 (Tex. App.--San Antonio 1996, no pet.). 


 Tom Rickhoff, Justice

DO NOT PUBLISH